UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE MCGRUDER,

      Plaintiff(s),

v

CAROL WILSON, et al,

      Defendant(s).
_____/

CIVIL ACTION NO. 04-71428

DISTRICT JUDGE AVERN COHN
MAGISTRATE JUDGE MONA K. MAJZOUB

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the file and the Magistrate Judge's Report and Recommendation dated March 02, 2005.  No objections have been filed.  The Report and Recommendation of the Magistrate Judge is hereby accepted and entered as the findings and conclusions of the Court.

      SO ORDERED.


Dated: June 17, 2005                s/ Avern Cohn
                                        AVERN COHN
                                        UNITED STATES DISTRICT JUDGE